IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03132-AP

REBECCA D. WEST,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND

Defendant's Unopposed Motion for Remand for Further Proceedings (doc. #18), filed June 12, 2013, is **GRANTED**. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Court directs the clerk to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated June 12, 2013 at Denver, Colorado.

                                            **BY THE COURT:**

                                            *S/John L. Kane*_____
                                            United States District Judge