IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03132-AP

REBECCA D. WEST,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER OF REMAND entered by the Honorable Judge John L. Kane, on June 12, 2013, it is hereby

ORDERED that this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Plaintiff may have her costs upon the filing of a Bill of Costs within fourteen days of entry of judgment.

DATED at Denver, Colorado this 13th day of June, 2013.

                FOR THE COURT,
                JEFFREY P. COLWELL, Clerk

                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk